IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE LUBRIZOL CORPORATION, )<br>)<br>Defendant. )<br>v. )<br>)<br>UNITED STATES FIRE INSURANCE )<br>COMPANY )<br>)<br>Third Party Defendant ) | Case No. 1:10-CV-02871-SO<br><br>JUDGE OLIVER |

## NOTICE OF MANUAL SERVICE

**PLEASE TAKE NOTICE** that The Lubrizol Corporation has served, via e-mail to all counsel of record, Defendant The Lubrizol Corporation's Brief in Opposition to United States Fire Insurance Company's Motion for Partial Summary Judgment Or, In The Alternative, Motion for Continuance Pursuant To Rule 56(d) ("Opposition Brief"), which was filed under seal this 3rd day of December, 2012.  The Opposition Brief was also served by via email and overnight mail to the following counsel for United States Fire Insurance Company:

Gary S. Kull
Blake A. Palmer
Carroll, McNulty & Kull LLC
120 Mountain View Blvd.
Basking Ridge, NJ 07920

Gary W. Johnson
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, #1900
Cleveland, Ohio 44114-1862

|  | Respectfully submitted, |
|---|---|
|  | */s/ Jodi Spencer Johnson* |
| Julie A. Harris (0065246) | Joseph P. Thacker (0013039) |
| The Lubrizol Corporation | THACKER MARTINSEK LPA |
| 29400 Lakeland Boulevard | 3235 Levis Commons Blvd |
| Wickliffe, Ohio 44092 | Perrysburg, OH 43551 |
| Phone: (440) 347-5073 | Phone: (419) 931-6910 |
| Fax: (440) 347-5219 | Fax: (419) 931-6911 |
|  | E-mail: jthacker@tmlpa.com |
| E-mail: *julie.harris@lubrizol.com* |  |
|  | Jodi Spencer Johnson (0074139) |
|  | THACKER MARTINSEK LPA |
|  | 2330 One Cleveland Center |
|  | 1375 East Ninth Street |
|  | Cleveland, OH 44114 |
|  | Phone: (216) 456-3840 |
|  | Fax: (216) 456-3850 |
|  | E-mail: jjohnson@tmlpa.com |
|  | *Counsel for Defendant,* |
|  | *The Lubrizol Corporation* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically this 3rd day of December, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Jodi Spencer Johnson
*One of the Attorneys for Defendant,*
*The Lubrizol Corporation*

619165